JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARTIN PEMSTEIN and DIANA PEMSTEIN,<br><br>                Debtors,<br>_____<br><br>MARTIN PEMSTEIN and DIANA PEMSTEIN,<br><br>                Appellants,<br><br>          v.<br><br>UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA,<br><br>                Appellee.<br>_____ | Case No. CV 17-8262 FMO<br><br>BK Case No. 12-15900 RK<br><br><br><br>**JUDGMENT** |

      IT IS ADJUDGED that the above-captioned action is affirmed and remanded for the bankruptcy court to take the necessary measures to ensure that the entry of the Order of Discharge (Bankruptcy Document No. 438), is entered <u>nunc</u> <u>pro</u> <u>tunc</u> as of September 25, 2013, or any other date shortly thereafter the bankruptcy court determines appropriate.

Dated this 23rd day of April, 2018.

_____
/s/
Fernando M. Olguin
United States District Judge
